NOT DESIGNATED
FOR PUBLICATION

**COURT OF APPEAL, FIRST CIRCUIT**
**STATE OF LOUISIANA**

RE: Docket Number 2019-KA-1142

State Of Louisiana

- - Versus - -

Dwaine Joseph Woods, Sr.

19th Judicial District Court
Case #: 2120330
East Baton Rouge Parish

On Application for Rehearing filed on 07/01/2021 by State of Louisiana

Rehearing _____ **DENIED** _____

_____
J. Michael McDonald

_____
Guy Holdridge

_____
Allison H. Penzato

Date _____ **JUL 2 1 2021** _____

_____
Rodd Naquin, Clerk